UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-686 RHK/RLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

PAMELA J. PHELPS,

Defendant,

LUTHERAN SOCIAL SERVICES,

Garnishee.

**STIPULATED AMENDED ORDER IN GARNISHMENT**

The plaintiff, the United States of America, the defendant Pamela Phelps, and the garnishee Lutheran Social Services, agree and stipulate as follows:

1. The defendant resides at 801 8th Street N.W., Trailer 120, Little Falls, MN 56345, and has a social security number of 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.

2. A judgment was entered against the defendant in this action in the amount of $6,464.60 plus interest at the rate of 6.107%, penalties and costs. A total balance due on the judgment is $5,612.85 as of August 6, 2001.

3. The garnishee, whose address is 810 10th Street S.W., Little Falls, MN 56345, has in its possession, custody or control property of the defendant in the form of wages paid to the defendant.

4. On May 21, 2001, the Court ordered the garnishee to pay over 25% of defendant's disposable income. However, the parties

FILED SEP 13 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

(10)

now agree that the United States will accept a garnishment of $75.00 per pay period for two years from the date of this order and thereafter, will re-evaluate the defendant's financial circumstances to determine if this amount should be increased to the full 25% of defendant's disposable income continuing until the debt is paid in full.

5. The defendant waives her right to a hearing under Section 3206 of the Federal Debt Collection Procedures Act of 1990 (FDCPA), 28 U.S.C. §3205, and any other process to which the defendant may be entitled under the FDCPA.

6. The garnishee waives being heard in this matter and any other process to which the garnishee may be entitled under the FDCPA.

7. Garnishment checks should be made payable to the Department of Justice and mailed to 300 South Fourth Street, Room 600, Minneapolis, MN 55415.

8. The parties agree that plaintiff may pursue administrative offsets, including those by the Internal Revenue Service, and defendant specifically consents to the offset. Any payments applied to this claim by the Internal Revenue Service as a result of tax return offsets will be credited as a payment to the existing balance and will not be included as part of the periodic payments, nor will it affect the periodic payments.

9. The defendant can at any time request an accounting of the funds garnished. However, the defendant hereby knowingly waives any rights that defendant might have under 28 U.S.C. §3205(c)(9) to any automatic accounting.

Dated: August 13, 2001

ROBERT M. SMALL
United States Attorney

M. Trippler

BY: MARY L. TRIPPLER
Assistant U.S. Attorney
Attorney I.D. No. 110887
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612)664-5600

Dated: August 16, 2001

Pamela Phelps
PAMELA PHELPS
Defendant

Dated: 9-5-01

Lutheran Social Services
by Audrey Karnis, HR Accounting Tech.
LUTHERAN SOCIAL SERVICES
Garnishee

IT IS SO ORDERED.

Dated: 9/13/01

Raymond L. Erickson
Magistrate Judge,
United States District Court

**U.S. Department of Justice**

*United States Attorney*
*District of Minnesota*

*600 United States Courthouse*
*300 South Fourth Street*
*Minneapolis, MN 55415*

*(612)664-5600*

SEP 12 2001

September 10, 2001

The Honorable Raymond L. Erickson
United States Magistrate Judge
412 U.S. Courthouse
515 West First Street
Duluth, MN 55802

Re: United States v. Pamela J. Phelps
Civil No. 00-686 RHK/RLE

Dear Magistrate Judge Erickson:

Enclosed for your review is the original STIPULATED AMENDED ORDER IN GARNISHMENT in the above-entitled matter.

If this Order meets with your approval, please sign it and ask the Clerk of Court to file it and serve an executed copy on the debtor, the garnishee, and us.

If you have any questions or concerns relative to this procedure, please contact me or Linda Mike, Financial Litigation Agent, at (612) 664-5656.

Sincerely,

ROBERT M. SMALL
United States Attorney

Mary L. Trippler /lrm

BY: MARY L. TRIPPLER
Assistant U.S. Attorney
Attorney I.D. No. 110887

Enclosures